Graham, Presiding Judge,
 

 delivered the opinion of the court::
 

 The appellant has prepared a form of a promissory judgment note with attorney’s fee clause, and a declaration of lien written therein, and seeks to patent it under application, serial No. 123,682, filed July 20, 1926. Both the examiner and the Board of Appeals rejected the application on the ground that the alleged invention did not constitute a new and useful art, machine, manufacture, or composition of matter, or any new and useful improvements thereof,
 
 *712
 
 as required by section 4886, K.. S. We are in entire accord with the decisions of the Patent Office tribunals. The law is well settled by
 
 Hotel Security, etc.,
 
 v.
 
 Lorraine Co.,
 
 160 Fed. 467;
 
 Berardini
 
 v.
 
 Tocci,
 
 200 Fed. 1021;
 
 Moore
 
 v.
 
 United States,
 
 50 Ct. Cl. 120;
 
 In re
 
 Moeser, 27 App. D. C. 307.
 

 The decision of the Board of Appeals is
 
 affirmed.